IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JARROD ALAN STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:10cv166-MHT |
| ) | (WO) |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, as Receiver ) | |
| for Colonial Bank, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the stipulation for dismissal (Doc. No. 18), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of June, 2011.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE